**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court
Eastern District of Virginia
400 USCourthouse,600 Granby St
Norfolk, VA 23510

**Case Number**   04–70343–DHA
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Antonio Paredes LaMotta<br>232 Gatewood Ave<br>Virginia Beach, VA 23454 | Nancy Sharp LaMotta<br>aka Nancy Michelle Sharp<br>232 Gatewood Ave<br>Virginia Beach, VA 23454 |

Social Security No.:
   Debtor: xxx–xx–2628                                           Joint Debtor: xxx–xx–9203

Employer's Tax I.D. No.:
   Debtor: NA                                                           Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                          **FOR THE COURT**

Dated: May 3, 2004                                                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/03)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0422-8           User: admin                Page 1 of 2            Date Rcvd: May 04, 2004
Case: 04-70343                 Form ID: B18               Total Served: 38


The following entities were served by first class mail on May 06, 2004.
db         Antonio Paredes LaMotta,   232 Gatewood Ave,   Virginia Beach, VA   23454
jdb        Nancy Sharp LaMotta,   232 Gatewood Ave,   Virginia Beach, VA   23454
aty        Michael J. Heath,   Law Offices of Steve C. Taylor, P.C.,   133 Mount Pleasant Road,
             Chesapeake, VA   23322
tr         Barry W. Spear,   729 Thimble Shoals Blvd., Suite 3-C,   McCale Professional Park,
             Newport News, VA   23606
5914468    American General Finance, Inc.,   Battlefield Marketplace,   1406 Battlefield Blvd. North,
             Chesapeake, VA 23320-4506
5914469    American General Financial Gro,   American General Center,   Nashville, TN 37250-0000
5914470    Aspire,   P.O. Box 23007,   Columbus, GA 31902-0000
5914471    Aurora Loan Service,   P. O. Box 78111,   Phoenix, AZ 85062-8111
5914472    Bank of America,   NCO Financial Systems,   P.O. Box 41417, Dept 99,   Philadelphia, PA 19101-0000
5914475    Chesapeake Gneral Hosp.,   P.O. Box 2028,   Chesapeake, VA 23321-0000
5914476    Emergency Phys of Tidewater,   P.O. Box 7549,   Portsmouth, VA 23707-0000
5914477    Encore Receivables Managment,   P.O. Box 3330,   Olathe, KS 66063-3330
5914478    First National Bank of Omaha,   P.O. Box 2951,   Omaha, NE 68103-2951
5914480    Hampton Roads Radiology,   P.O. Box 15539,   Richmond, VA 23227-0000
5914481    Hecht's,   P.O. Box 8024,   Lorain, OH 44055-8024
5914482    Helga LaMotta,   1064 Lynnhaven Pkwy,   Virginia Beach, VA 23452-0000
5914483    Household Finance,   P.O. Box 17574,   Baltimore, MD 21297-0000
5914484    LLC-SRS,   P.O. Box 692736,   Stockton, CA 95269-2736
5914485    Lowe's,   P.O. Box 10380,   Roswell, GA 30076-0000
5914486    Monogram Credit Card Bank of G,   P.O. Box 3724,   Knoxville, TN 37927-0000
5914487    NAE Federal Credit Union,   3701 Indian River Road,   Chesapeake, VA 23325-0000
5914488    OSI Collection Services,   P. O. Box 550720,   Jacksonville, FL 32255-0720
5917582    Office of the U.S. Trustee,   Federal Bldg. Room 625,   200 Granby Street,   Norfolk, VA 23510
5914489    Penncro Assoc, Inc,   General Delivery,   Wilmington, DE 19886-3847
5914493    SEARS,   PO BOX 818017,   Cleveland, OH 44181-8017
5914490    Salllie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
5914492    Sears,   86 Annex,   Atlanta, GA 30386-0001
5914494    Sears,   P.O. Box 182532,   Columbus, OH 43218-0000
5914495    Sentara Healthcare,   535 Independence Pkwy, #700,   Chesapeake, VA 23320-0000
5914496    Sprint PCS,   PO BOX 62012,   Baltimore, MD 21264-2071
5914497    The Katsias Company,   4500 Holland Office Park,   Virginia Beach, VA 23452-0000
5914498    University Fidelity Corp,   P.O. Box 941911,   Houston, TX 77094-8911
5914499    Wal-Mart,   c/o Monogram Credit Card Bank,   5122 Greenwhich Rd,   Virginia Beach, VA 23462-0000
5914500    Wolpoff & Abramson,   10605 Judicial Drive,   Building A-5,   Fairfax, VA 22030-0000

The following entities were served by electronic transmission on May 05, 2004 and receipt of the transmission
was confirmed on:
5914473    EDI: CAPITALONE.COM May 05 2004 11:54:00      Capital One,   P.O. Box 85147,
             Richmond, VA 23276-0000
5914474    EDI: TSYS.COM May 05 2004 11:54:00      Casual Corner Group,   P.O. Box 105980, Dept 46,
             Atlanta, GA 30353-5980
5914479    EDI: TSYS.COM May 05 2004 11:54:00      General Electric Capital Corp,   P.O. Box 103101,
             Roswell, GA 30076-0000
5914483    EDI: HFC.COM May 05 2004 11:54:00      Household Finance,   P.O. Box 17574,
             Baltimore, MD 21297-0000
5914493    EDI: SEARS.COM May 05 2004 11:54:00      SEARS,   PO BOX 818017,   Cleveland, OH 44181-8017
5914491    EDI: TSYS.COM May 05 2004 11:54:00      Sams Club,   P.O. Box 105980, Dept 77,
             Atlanta, GA 30353-5980
5914492    EDI: SEARS.COM May 05 2004 11:54:00      Sears,   86 Annex,   Atlanta, GA 30386-0001
5914494    EDI: SEARS.COM May 05 2004 11:54:00      Sears,   P.O. Box 182532,   Columbus, OH 43218-0000
5914500    EDI: WOLPOFF.COM May 05 2004 11:54:00      Wolpoff & Abramson,   10605 Judicial Drive,   Building A-5,
             Fairfax, VA 22030-0000
                                                                                                    TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

```
District/off: 0422-8          User: admin           Page 2 of 2              Date Rcvd: May 04, 2004
Case: 04-70343                Form ID: B18          Total Served: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2004**                         **Signature:**   *Joseph Speetjens*